FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 SEP 17 PM 4:42

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:20 cr 276 T 30T6W

21 U.S.C. § 846
21 U.S.C. § 841

DELMIS MOJICA-MENDOZA
ARGELIA PINEDA-GARCIA
LOURDES REYES-SANCHEZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about

August 25, 2020, in the Middle District of Florida, and elsewhere, the

defendants,

DELMIS MOJICA-MENDOZA,
ARGELIA PINEDA-GARCIA, and
LOURDES REYES-SANCHEZ,

did knowingly, willfully, and intentionally conspire with each other and other

persons, both known and unknown to the Grand Jury, to distribute and

possess with intent to distribute a controlled substance, which violation

involved fifty five-hundred (50) grams or more of methamphetamine, a Schedule II

controlled substance, and is therefore punished under 21 U.S.C.

§ 841(b)(1)(A)(viii).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about August 3, 2020, in the Middle District of Florida, the defendants,

DELMIS MOJICA-MENDOZA,
ARGELIA PINEDA-GARCIA, and
LOURDES REYES-SANCHEZ,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A)(viii).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT THREE

On or about August 25, 2020, in the Middle District of Florida, the defendant,

DELMIS MOJICA-MENDOZA,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A)(viii).

2

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), and 18 U.S.C. § 2.

## FORFEITURES

1.      The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 21 U.S.C. § 853.

2.      Upon conviction of the violations alleged in this Indictment, punishable by imprisonment for more than one year, the defendants,

DELMIS MOJICA-MENDOZA,
ARGELIA PINEDA-GARCIA, and
LOURDES REYES-SANCHEZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, and derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of such violations.

3.      If any of the property described above, as a result of any act or omission of the defendants:

     a.      Cannot be located upon the exercise of due diligence;

     b.      Has been transferred or sold to, or deposited with, a third party;

     c.      Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property under 21 U.S.C. § 853(p).

A TRUE BILL

_____
Foreperson


MARIA CHAPA LOPEZ
United States Attorney

By: _____
Daniel M. Baeza
Assistant United States Attorney


By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
September 20

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## DELMIS MOJICA-MENDOZA
## ARGELIA PINEDA-GARCIA
## LOURDES REYES-SANCHEZ

## INDICTMENT

Violations: 21 U.S.C. §§ 846, 841

A true bill,

_____
Foreperson

Filed in open court this 17th day

of September 2020.

_____
Clerk

Bail $_____

GPO 863 525