UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:20-cr-276-JSM-TGW           DATE: MARCH 1, 2021

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA DANIEL BAEZA |
| -v- | |
| DELMIS MOJICA-MENDOZA | JASON MAYBERRY (retained) |
| | |
| DEPUTY CLERK: DAWN M. SAUCIER | TIME: 2:43-3:22 (39 mins.) |
| COURT REPORTER: N/A | COURTROOM 12A |
| INTERPRETER: JAMES PLUNKETT/SPANISH | TAPE: DIGITAL |

**PROCEEDINGS: CHANGE OF PLEA HEARING**

( X ) Interpreter sworn

( X ) Defendant sworn

( X ) Notice of Maximum Penalties and Essential Elements filed

( X ) Pleas of guilty entered to Counts One, Two, and Three of the Superseding Indictment

( X ) Factual basis established

( X ) Court to recommend that guilty pleas be accepted

( X ) Defendant referred to Probation for pre-sentence investigation

( X ) Sentencing to be scheduled before Judge James S. Moody, Jr.

( X ) Defendant continued in custody of U.S. Marshal