# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CASE NO: 8:20-cr-276-JSM-TGW

DELMIS MOJICA-MENDOZA
_____

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Dkt. 105) of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One, Two, and Three of the Superseding Indictment is now **ACCEPTED** and the defendant, Delmis Mojica-Mendoza, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge James S. Moody, Jr., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 17, Tampa, Florida, 33602, on **TUESDAY, JUNE 8, 2021, at 9:00 A.M.** Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.

**DONE** and **ORDERED** in Tampa, Florida this 16th day of March, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record
United States Probation Office
Interpreter Required:　Yes (Spanish)
(Defendant is detained.)