Case 8:20-cr-00276-JSM-TGW   Document 220   Filed 04/08/25   Page 1 of 1 PageID 781

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DELMIS MOJICA-MENDOZA<br><br>Date of Original Judgment: 12/03/2021<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No: 8:20-cr-276-JSM-TGW<br>)   USM No: 73782-018<br>)<br>)   Pro Se<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Although the defendant was assessed zero criminal history points, Part B, subpart 1, of Amendment 821 is not applied retroactively, because the defendant does not meet the criteria set forth at USSG §4C1.1. Specifically, the defendant does not meet the criteria at §4C1.1(a)(10) - Adjustment under §3B1.1(c) (Aggravated Role). The defendant organized the drug sales with the CS, he determined the cost of the "Ice" for the sale, and he coordinated with and sent the co-defendants to meet the CS to deliver the "Ice".

Therefore, the defendant is not eligible for a sentencing reduction pursuant to Amendment 821.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/08/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*